UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**In re:**

**DENNIS E. HECKER**                                    Case No. 09-50779-RJK

      **Debtor.**                                              Chapter 7
_____

**CARLTON FINANCIAL CORPORATION,**          ADV Pro. No. 09-05036

      **Plaintiff,**

**v.**

**DENNIS E. HECKER,**

      **Defendant.**
_____

**ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**
_____

Based on the stipulation of the parties,

It is ordered:

The defendant has until November 13, 2009 to file an answer.


Dated: October 19, 2009              /e/ Robert J. Kressel
                                                     Robert J. Kressel
                                                     United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/19/2009*
Lori Vosejpka, Clerk, By SLS, Deputy Clerk