# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Case No.: 09-50779-RJK |
| | Chapter 7 |
| Dennis E. Hecker, | |
| Debtor, | Hon. Robert J. Kressel |

| | |
|---|---|
| Carlton Financial Corporation | |
| Plaintiff, | |
| v. | Adversary No. 09-05036 |
| Dennis E. Hecker, | |
| Defendant. | |

### ORDER DENYING DEBTOR'S MOTION FOR A STAY
### OF THE ADVERSARY PROCEEDING

This matter came before the Court on October 21, 2009 upon the motion of the Debtor to stay this adversary proceeding. All appearances were noted on the record. The Court having considered the submissions, the evidence, and the arguments of counsel,

**IT IS HEREBY ORDERED:**

A.   The Debtor's motion for to stay this adversary proceeding is DENIED.

BY THE COURT:

Dated: _____, 2009.    _____
The Honorable Robert J. Kressel
United States District Court Judge

806732.1